Wentworth E. MILLER, Appellant,

v.

ALTADIS U.S.A. INC., Appellee.

No. 2011–1051.

Cancellation No. 92050296.

United States Court of Appeals,
Federal Circuit.

Dec. 3, 2010.

Wentworth E. Miller, Coraopolis, PA,
pro se.

Susan M. Schlessinger, Grimes & Battersby, LLP, Norwalk, CT, for Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

COLUMBIA INSURANCE COMPANY,
Appellant,

v.

Eric J. DELFYETTE, Appellee.

No. 2010–1485.

United States Court of Appeals,
Federal Circuit.

Dec. 7, 2010.

ON MOTION

*ORDER*

Upon consideration of the parties' Stipulated Motion to Dismiss, which the court treats as a joint motion to voluntarily dismiss this appeal from *Columbia Insurance Company v. Eric J. Delfyette,* TTAB/Opposition No. 91177903,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.